**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Mark**<br>First name<br><br>_____<br>Middle name<br><br>**Riedy**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8700** | |

Debtor 1   **Mark Riedy**                                                                  Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☑ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**10604 Quail Ridge Ct.**
**Naperville, IL 60564-5311**
Number, Street, City, State & ZIP Code

**Will**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Mark Riedy**                                                                 Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** | **How you will pay the fee** | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** | **Have you filed for bankruptcy within the last 8 years?** | ■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** | **Do you rent your residence?** | ■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Mark Riedy**                                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1 **Mark Riedy**                                                          Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Mark Riedy**                                                        Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than100,000
■ 200-999

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Mark Riedy**

_____          _____
**Mark Riedy**                                                       Signature of Debtor 2
Signature of Debtor 1

Executed on   **July 20, 2018**                          Executed on   _____
             MM / DD / YYYY                                           MM / DD / YYYY

---

Debtor 1    **Mark Riedy**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Robert N. Honig**

Signature of Attorney for Debtor

Date    **July 20, 2018**

MM / DD / YYYY

**Robert N. Honig 6216254**

Printed name

**Robert N. Honig**

Firm name

**116 S. York St.**
**Suite 215**
**Elmhurst, IL 60126**

Number, Street, City, State & ZIP Code

Contact phone   **(630) 834-1800**

Email address   **robert@roberthonig.com**

**6216254 IL**

Bar number & State

---

Debtor 1   **Mark Riedy**

Case number *(if known)*

---

**Part 6:**  Answer These Questions for Reporting Purposes

| | | |
|---|---|---|
| **16.** What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

---

**18.** How many Creditors do you estimate that you owe?

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19.** How much do you estimate your assets to be worth?

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $500 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** How much do you estimate your liabilities to be?

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Part 7:**  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Mark Riedy**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **July 19, 2018**
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

---

A Touch of Glass & Mirror
939 Montgomery AVe.
Aurora, IL 60506

A/C Electric
7837 Lanac St
Lansing, MI 48917

ACT Metal Deck Supply
1601 Emily Lane
Aurora, IL 60502

Admiral Steel
4152 W. 123rd Street
Alsip, IL 60803

Advanced Solar Solutions
724 N. Rochester Rd
Clawson, MI 48017

Advantage Window Tinting, Inc.
550 Heartland Dr.
Sugar Grove, IL 60554

Alexander Lumber
100 Barney Dr
Joliet, IL 60435

All Bright Pinting LLC
939 Henry St.
Michigan City, IN 46360

Allstate Metal Fabricators
365 Beinoris Dr
Wood Dale, IL 60191

Ally
Payment Processing Center
PO Box 9001951
Louisville, KY 40290-1951

Alta Equipment Co.
1901 Albright Rd.
Montgomery, IL 60538

American Community Bank
1500 S. Route 31
McHenry, IL 60050

American Contractors Indemnity Comp
HCC Surety
601 S Figueroa St., Ste 1600
Los Angeles, CA 90071

American Steel Services, Inc.
840 Brian Dr.
Crest Hill, IL 60403

AmeriGas
25224 W. Rte. 30
Plainfield, IL 60544-7415

Ameritemp, LTD
3314 N. Richmond Rd., Ste.
McHenry, IL 60051

Anchor Buldg Services
2000 W. Carroll Ave, Ste 105A
Chicago, IL 60612

Another Plumbing Co.
DBA: APC
13753 McKenna Rd.
Minooka, IL 60447

Anthony Ackeret
5002 Doral Court
Plainfield, IL 60586

Aqua Designs Inc
2133 Gould Ct.
Joliet, IL 60436

Architectural Cast Stone
2775 Norton Creek Dr.
West Chicago, IL 60185

Area Restroom Solutions
PO Box 4052
Aurora, IL 60507

Atlantic American Fire Protect
18 N. State St.
Elgin, IL 60123


Matthew Babiak
2308 Taylor Street
Joliet, IL 60435


Bandwith Inc.
75 Remittance Dr ste 6647
Chicago, IL 60675-6647


Benefit Planning Consultants
2110 Clearlake Blvd
Champaign, IL 61826


Berger Transfer & Storage
1515 W. Fullertron Ave.
Addison, IL 60101


Blitt and Gaines PC
661 Glenn Ave.
Wheeling, IL 60090


Blue Cross Clue Shield of IL
PO Box 0065
Palatine, IL 60055-0065


BMO Harris Bank, N.A.
P.O. Box 367
Arlington Heights, IL 60006


Boyd Electric
6040 Maxwell AVe
Evansville, IN 47715


BP Business Solutions
PO Box 70995
Charlotte, NC 28272-0995


Buikemas Ace
1030 N. Washington
Naperville, IL 60563

Builders Ironworks
399 Greenbriar
Crete, IL 60417


Builders United Sales Company
713 Briarcliff Drive
Minooka, IL 60447


Buildingstars Operations Inc
1401 Branding Ave Ste 275
Downers Grove, IL 60515


Butler Coring
1350 Tri-State Pkwy
Gurnee, IL 60031


C.E.S.
1715 Crescent Lake Drive
Montgomery, IL 60538


Capital One
P.O. Box 5294
Carol Stream, IL 60197-5294


Carny & Co.
636 Schneider Dr
South Elgin, IL 60177


CDMS Services Inc
704 E. Jules
Arlington Heights, IL 60004


Central Ceiling Systems, Inc
105 N. Industrial Park Rd
PO Box 47
Deerfield, WI 53531


Century Fire Sprinklers
27 Cassens Ct.
Fenton, MO 63026-2542


Century Glass
1315 Howard
Elk Grove Village, IL 60007

Chicago Flameproof & Wood Spec
Dept. 978757
Carol Stream, IL 60197


Chicago Metro Fire Prevention
820 N. Addison Avenue
Elmhurst, IL 60126


Cintas Fire Protection
3292 Momentum Pl
Chicago, IL 60689-5332


Citadel Lock & Security
105 Theodore Dr. Unit H
Oswego, IL 60543


Citi Cards
P.O. Box 6418
The Lakes, NV 88901-6418


City of Evansville
Building Commission
310 County Rd 1200 E
Evansville, IN 47708


City of Naperville
PO Box 4231
Carol Stream, IL 60197-4231


Classic Flooring Inc.
17543 Dunn
Tinley Park, IL 60487


CMC Electric Inc
PO box 37
Collinsville, IL 62234


CNA Surety
8137 Innovation Way
Chicago, IL 60682-0081


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

ComEd
Bill Payment Center
Chicago, IL 60639-2513


Compass Surveying, Ltd
2631 Ginger Woods Pkwy
Aurora, IL 60502


Construction Specialties
c/o Illini Const Specialties
Warrenville, IL 60555


Contractors Acoustical Supply
PO Box 298
Westmont, IL 60559


Cook Plumbing Corporate
1425 Fuller Road
West Des Moines, IA 50265


Creative Concrete & Landscape
2701 Starkweather Rd
Rockford, IL 61107


Cross Points Sales Inc
3158 S. State St
Lockport, IL 60441


Crown Restrooms
1704 Lamb Rd, Unit B
Woodstock, IL 60098


CTs Masonry & Caulking
6609 Tipple Road
Rockford, IL 61102


Cunningham CPA
1924 E. 6th St
Tulsa, OK 74104


Custom Carpet Wholesalers
300 W North Ave
Lombard, IL 60148

Cusumano Electrial Services
330 St. Paul Blvd
Carol Stream, IL 60188


D & P Construction Inc
5521 N. Cumberland Ave
Chicago, IL 60656


D-Best Electrical Solutions
5325 W. Cinema Dr
Hanover Park, IL 60133


Lauri Darwin Esq
PO Box 65
Glendale, SC 29346


DBI Painting
190 Easy St, Unit J
Carol Stream, IL 60188


DCG Roofing Solutions
1285 Rand Rd
Des Plaines, IL 60016


DePue Mechanical Inc
113 S Ridge Rd
Minooka, IL 60447


Dock & Door Natinal LLC
920 Cedar Ave
Saint Charles, IL 60174


EDON Corporation
1160 Easton Rd
Horsham, PA 19044


Elite Floors
471 Ashland Ave
Elgin, IL 60123


Elite Kitchen Designs Inc
331 Hankes Ave
Aurora, IL 60505

Elizer Law Group
5836 Lincoln Ave
Morton Grove, IL 60053


Engineering Systems Inc
4215 Campus Dr
Aurora, IL 60504


Enterprise Plumbing, Inc
816 E. North St
Elburn, IL 60119


Epoch Construction, LLC
2300 Wisconsin Ave Unit 320
Downers Grove, IL 60515


Eskenazi & Farrell Associates
330 S. Wells St. Ste 121
Chicago, IL 60606


Esparza, LLC
52 Industrial Rd
Addison, IL 60101


Evolve Electrical
26W191 Klein Creek Dr
Winfield, IL 60190


Excellence Cleaning, Inc.
578 Rock Rd Dr Unit 3
Dundee, IL 60118


Farrellgas
PO Box 173940
Denver, CO 80217-3940


Ferrellgas
PO Box 173940
Denver, CO 80217-3940


Final Touch Decorating Inc
482 W. Wrightwood Ave
Elmhurst, IL 60126

Financial Law LLC
3131 S. 2nd St.
Ste 420
Louisville, KY 40208


Florstar Sales, Inc
Department 10188
Chicago, IL 60680-0618


Fora Financial
242 W. 36th St.
14th Floor
New York, NY 10018


Fox Valley Fire & Safety Company
2730 Pinnacle Dr
Elgin, IL 60124


FRAMA Building Products
1105 W. National Ave
Addison, IL 60101


Fran C Windsor Esq
2650 Warrenville Rd
Ste 700
Downers Grove, IL 60515


Fresh Thyme Farmers Market
2650 Warrenville Road, Suite 700
Downers Grove, IL 60515


Gabel Construction Concepts
917 Sheila Dr
Joliet, IL 60435


Garcia Professional Drywall
10233 Clow Creek Rd.
Plainfield, IL 60585


Garelli, Grogan, Hesse & Hauer
340 W. Butterfield Rd.
Elmhurst, IL 60126

Gary Galassi Stone and Steel
44 Devonwood Ave
Romeoville, IL 60446


George Uttech Sheet Metal
4709 Green Bay Rd
Kenosha, WI 53144


Gilco Scaffolding Company LLC
515 Karvos St
Des Plaines, IL 60018


Glass Experts, LLC
919 Estes Ct
Schaumburg, IL 60173


Glass Solutions, Inc
764 Oak Lawn Ave
Elmhurst, IL 60126


Glenbard Electric Supply, Inc
333 Eisenhower Ln South
Lombard, IL 60148


Grainger
Detp. 874546989
Palatine, IL 60038-0001


Grow Construction, Inc.
1354 Cielo Ct.
North Venice, FL 34275-2233


Gypsum Supply Co Inc
1400 Sheldon Dr
Elgin, IL 60120


Hard Rock Technologies Inc
200 South Pkwy
Prospect Heights, IL 60070


Harmon Electrical Systems
280 Convingon Dr
Barrington, IL 60010

Hemisphere Companies / Bear Paddle
1501 Washington Ave. South
Ste 300
Minneapolis, MN 55454


Hines
14N915 US Highway 20
Hampshire, IL 60140


HLS
817 Ridgeway Avenue
Cincinnati, OH 45229


Home Depot Credit Services
P.O. Box 9100
Des Moines, IA 50368-9100


Hoving Pit Stop
1655 Powis Rd
West Chicago, IL 60185


Imperial Service Systems, Inc
200 W. 22nd St Ste 201
Lombard, IL 60148


Industrial Commercial Services
16700 S Clark St
Thornton, IL 60476


Integrity Trade Services Inc.
425 Quadrangle Ste 110
Bolingbrook, IL 60440


IOU Financial
600 Town Park Lane, Ste. 100
Kennesaw, GA 30144


J Congden Sewer Service Inc
170 Alexandra Way, Ste A
Carol Stream, IL 60188


J&S Constructin Sewer and Water
PO Box 760
Oswego, IL 60543

James Wright, Esq
Zanck Coen Wright & Saladin
40 Brink St
Crystal Lake, IL 60014


JC Licht Paint LLC
28188 Network Pl
Chicago, IL 60673-1281


Jobsite Leasing Co Inc
1393 N. Lucas St.
Rochester, IN 46975


K&L Contractors Inc
1201 Lunt Ave
Elk Grove Village, IL 60007


K. Hoving Recycling & Disposal
1655 Powis Road
West Chicago, IL 60185


KD Thurow, LLC
4716 Torpin Hill Ct.
Naperville, IL 60564


Kessor Enterprises / Superior Labor
14 Congress Cir
Roselle, IL
Roselle, IL 60172


Kline Excavating
8118 W. 189th ST
Mokena, IL 60448


Konica Minolta
21146 Network Pl
Chicago, IL 60673-1211


Konica Minolta Business Sloutins
Dept. CH 19188
Palatine, IL 60055-9188


Krol Plumbing, Inc
13420 W. Little Creek Dr.
Homer Glen, IL 60491-8682

Kropp Fire Protection Inc
59685 Market St.
South Bend, IN 46614


Labor Ready Midwest , Inc.
1002 Solutions Center
Chicago, IL 60677


LaForce Inc
1060 W. Mason St
Green Bay, WI 54303


Lakewood Carpentry Services
1540 Hannah Ave
Forest Park, IL 60130


LDS Services Inc.
185 Sherman Ave
Montgomery, IL 60538


Brian Lee
1016 W. Raven Ln
Palatine, IL 60067


Litgen Concrete Cutting & Cori
1020 Nerge Rd
Elk Grove Village, IL 60007


Lockport Vacuum
1040 S. State St
Lockport, IL 60441


Longstreet Electric Corp
506 Case Ct
Schaumburg, IL 60193


M.J. O'Malley Corporation
16200 South 107 Th Avenue
Orland Park, IL 60467


Madeline Newcomb, Esq
Askounis & Darcy, PC
444 N Michigan
Chicago, IL 60611

Mann Made Plumbing Inc
9480 Calumet Ave
Munster, IN 46321


Maple City Mechanical
2057 N. 150 E
La Porte, IN 46350


Marcor Technologies Inc
10261 S. Mandel Unit F
Plainfield, IL 60585


Martin Steenhoek Construction
667 Highway 14
Otley, IA 50214


McKervey Group LLC
1549 S Woodland Ave
Michigan City, IN 46360


MEP Mechanical Services LLC
12125 W. Silver Spring Rd
Milwaukee, WI 53225


Michiana Recycling & Disposal
PO Box 1148
Niles, MI 49120


Mid-America Tile
1650 Howard
Elk Grove Village, IL 60007


Midwest Contracting Inc
6724 E. Morgan Ave Ste C
Evansville, IN 47715


Midwestern Concrete & Sonstruction
PO Box 543
Somonauk, IL 60552


Mitchell Metals, LLC
1761 MocCoba Dr. Ste A
Smyrna, GA 30080

Mitchell Swaback Foundation
1501 Estes Ave
Elk Grove Village, IL 60007


Modern Cabinet Making LLC
1901 65th St
Kenosha, WI 53143


Modern Image Construction
3533 S. ARcher Ave
Chicago, IL 60609


Moss Sewer & Water
18358 Le Claire
Tinley Park, IL 60477


MPM Industries
1 Cottonwood Industrial Park
Plainfield, IL 60585


National Roofing Corp
1237 Circle Ave
Forest Park, IL 60130


Navitas Leasing Corp
203 Fort Wade Road
Ponte Vedra, FL 32081


New Tayler Glass, Doors & Meta
6210 Madison Ct
Morton Grove, IL 60053


NexGen Building Supply
PO Box 6164
Carol Stream, IL 60197-6164


Northern Illinois Fence
320 W. Lincoln Hwy
Cortland, IL 60112-8419


Northfield Block
1 Hunt Ct
Mundelein, IL 60060

Nunez Construction
3244 Millrace Lane
Montgomery, IL 60538


Nuyen Awning
850 Ridgeway Ave Ste C
Aurora, IL 60506


Bogdan Nykiel LLC
2491 Peter Rd.
Des Plaines, IL 60018


Oldcastle Architectural
One Hunt Court
Mundelein, IL 60060


Optimum Safety Managment
1300 Iroquois Ave Ste 260
Naperville, IL 60563


Orozco Constructin Group Inc
2155 Grayhawk Dr
Aurora, IL 60503


Owens Supply Company LLC
10052 Clow Creek Dr
Plainfield, IL 60585-7531


Ozinga Ready Mix Concrete Inc
PO Box 910
Frankfort, IL 60423


Pac-Van
75 Remittance Dr
Chicago, IL 60675


Palatine Builders Supply Inc
827 Central ave
Wood Dale, IL 60191


Paramont E.S.
75 Rimittance Dr Det 6659
Chicago, IL 60675-6659

Parker Mechanical Contractors
PO Box 284
Huntley, IL 60142


Parkside Construction Company
12637 S. Parkside Ave
Palos Heights, IL 60463


Perma-Seal Basement Systems
513 Rogers St
Downers Grove, IL 60515


PODS
c/o Great Lakes Portable STorage
1345 George Jenkins Blvd
Lakeland, FL 33815


Premier Masonry Inc
1111 Nikki Ct
Joliet, IL 60431


Premium Concrete
655 W.Lunt Ave
Schaumburg, IL 60193


Prime Coat II LLC
405 N. Oakwood ave
Waukegan, IL 60085


Prime Scaffold
1220 N. Ellis
Bensenville, IL 60106


Professional Testing Service
212 N. Lindow Ln
Marengo, IL 60152


Prospective Plumbing Corp
3407 N. Newcastle ave
Chicago, IL 60634


Psenka Architechts Inc
40 Landover Pkwy., ste. 4
Hawthorne Woods, IL 60047

Quality Mechanical Inc
17600 N. Williams st., ste 5
Thornton, IL 60476

Queen City Awning
7225 E. Kemprer Rd
Cincinnati, OH 45249

Quick Signs Inc
424 Treasure Dr
Oswego, IL 60543

R&W Clark Construction Inc
8012 Lincoln Hwy
Frankfort, IL 60423

Ralph's Construction Inc
2222 N. Harlam Ave Apt 2 SE
Elmwood Park, IL 60707

Randall Industries Inc
741 S Rte 83
Elmhurst, IL 60126

RDZ Stucco Enterprise Inc
712 N. Iowa Ave
Villa Park, IL 60181

Record Automatic Doors Inc
461 N. Wolf Rd
Hillside, IL 60162

Reds Plumbing Service LLC
0-14057 Ironwood Dr
Grand Rapids, MI 49534

Reliable Fire and Safety
12845 S. Cicero Ave
Alsip, IL 60803

Reliable Trade Services Inc.
PO Box 130
Crystal Lake, IL 60039

RentalMax, LLC
908 E. Roosevelt Rd
Wheaton, IL 60187


Riedy Construction, Incorporated
340 W Butterfield Rd
Suite 2A
Elmhurst, IL 60126


Lisa Riedy
10604 S. Quail Ridge Ct
Naperville, IL 60564


Rite Portable Restrooms
1327 Home Ave
Berwyn, IL 60402


RLI
9025 N. Lindbergh Drive
Peoria, IL 61615


Roadrunner Ltd
32 Lakewood Cir
Saint Charles, IL 60174


Robert Bell, Esq
111 W Washington St., Ste 1900
Chicago, IL 60602


RV Drywall Inc
962 Grove St
Aurora, IL 60505


SDI
Division of Accurate Partitions Co.
161 Tower Dr
Burr Ridge, IL 60527


Sebert Landscaping
1550 West Barlett Rd
Bartlett, IL 60103


Service Sanitation
135 Blain St
Gary, IN 46406

Shamrock Fire Protection
PO Box 10169
Loves Park, IL 61131

Sherwin Williams
11850 S. Rte 59, Unit 100
Plainfield, IL 60585-5894

Katie Simpson, Esq
Clark Hill PLC
130 E Randolph St, Ste 3900
Chicago, IL 60601

SJ Carlson Fire Protection
4544 Shepherd Trail
Rockford, IL 61103

Sonco Worldwide
PO Box 1115
Beltsville, MD 20704

Specialized Testing & Balancing
3090 Henry Lane
Lake in the Hills, IL 60156

Specialties Direct Inc
aka Accurate Partitions
161 Tower Dr. Unit G
Burr Ridge, IL 60527

Spielman Plumbing
1601 Atlantic Dr.
West Chicago, IL 60185

Sposato
109 Seventh North St.
Liverpool, NY 13088

Stamps.com
1990 E. Grand Ave
El Segundo, CA 90245

Stanko Flooring Inc
1001 Jamestown St
Belvidere, IL 61008

Star Electrical
8235 Mango Ave
Morton Grove, IL 60053

Stein & Rotman
77 W Washington St
Chicago, IL 60602

Steiner Electric Company
1250 Touhy Ave.
Elk Grove Village, IL 60007-4985

Structural Strategies
1669 Dearborn ave
Aurora, IL 60505

Stuever & Sons Inc
22W010 Byron Ave
Addison, IL 60101

Sunbelt Rentals Inc
PO Box 409211
Atlanta, GA 30384-9211

Superior Building & Remodeling
2339 Newburg Rd
Belvidere, IL 61008

Superior Plumbing Corp
2020 Dean St, ste M2
Saint Charles, IL 60174

Sutfin Mechanical Inc
1807 S. Washington St, ste 110/PMB
Naperville, IL 60565

Teirra
3821 Indianapolis Blv
East Chicago, IN 46312

Teller Levit & Silvertrust, P.C.
19 S. LaSalle, Suite 701
Chicago, IL 60603

The Corner Guard Store
11900 Wayzata Blvd. ste 228
Minnetonka, MN 55305

The Dent Shop
25459 W Wolf's Crossing Rd.
Plainfield, IL 60585

TL Hart, Inc
10254 W. Grand River Hwy
Grand Ledge, MI 48837

Peter Topol
4528 Cross St
Downers Grove, IL 60515

Tradesman International
PO Box 932858
Cleveland, OH 44193

Trend Carpets Inc
168 E. Army Trail Rd
Glendale Heights, IL 60139

Trevino Carpentry Inc
7922 S. Komensky Ave
Chicago, IL 60652

Tri-State Fire Protectinon Inc
10577 Oak Grove Road
Newburgh, IN 47630

TSC
Testing Service Corpo
360 S. Main Place
Carol Stream, IL 60188

U.S. Bank
P.O. Box 2188
Oshkosh, WI 54903-2158

Uline
PO Box 88741
Chicago, IL 60680

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Valade Heating & Cooling  Inc
PO Box 833
Lansing, IL 60438

Valor Technologies Inc
3 Northpoint Ct
Bolingbrook, IL 60440

Vesco Reprographic
1351 Aucutt Rd
Montgomery, IL 60538

Village of Lake in the Hills
600 Harvest Gate
Lake in the Hills, IL 60156

Vin-Teri Electric Inc
875 Bristol St
Hampshire, IL 60140

Nicholas Vinci
149 Cambridge Ct
Frankfort, IL 60423

Vinson & Sill Inc
PO Box 74
Lima, IL 62348

VP&L Heating and Cooling
921 47th St SW
Grand Rapids, MI 49509

W-T Civil Engineering LLC
2675 Pratum Ave
Hoffman Estates, IL 60192

W-T Mechanical /Electrical Engineer
2675 Pratum
Hoffman Estates, IL 60192

W.E. Carlson Corporation
25464 Network Pl
Chicago, IL 60673-1254


West Brook Electric Inc
9550 W. Sergo Dr., Unit 113
La Grange, IL 60525


Westmont Interior Supply House
PO Box 298
Westmont, IL 60559


Wheaton Bank and Trust
211 S. Wheaton Avenue
Wheaton, IL 60187


Wiedenbach Brown
10 Skyline Dr
Hawthorne, NY 10532


Windset Capital
4168 West 12600 South, 2nd Floor
Herriman, UT 84096


Zivak Plumbing Inc
7751 Kingsbury Dr
Hanover Park, IL 60133